# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF ARKANSAS
# FORT SMITH DIVISION

| | |
|---|---|
| **CARMEN GENTRY,**<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>**GUARDIAN LIFE INSURANCE COMPANY,**<br><br>　　　　　　Defendant. | **Case No. 2:20-cv-02194-PKH** |

## NOTICE OF SETTLEMENT

Plaintiff Carmen Gentry and Defendant Guardian Life Insurance Company (the "Parties") file this notice to report a settlement in the above matter. The Parties are currently working on completing and executing a settlement agreement and anticipate filing a Joint Stipulation of Dismissal within the next 45 days.

　　　　　　　　　　　　　　　　SEEN AND AGREED TO BY:

　　　　　　　　　　　　　　　　*/s/ G.E. Bryant, III (w/permission)*
　　　　　　　　　　　　　　　　G.E. Bryant, III
　　　　　　　　　　　　　　　　BRYANT & ESTELL, LLC
　　　　　　　　　　　　　　　　312 S. 16th St.
　　　　　　　　　　　　　　　　Fort Smith, Arkansas 72901
　　　　　　　　　　　　　　　　(479) 431-4900
　　　　　　　　　　　　　　　　trae@bryantestell.com
　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

　　　　　　　　　　　　　　　　*/s/ William B. Wahlheim*
　　　　　　　　　　　　　　　　William B. Wahlheim, *pro hac vice*

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
Suite 1700
Birmingham, AL 35203
(205) 254-1000
*Attorney for Defendant*