IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**Carmen Gentry**　　　　　　　　　　　　　　　　　PLAINTIFF

V.　　　　　　　　　　　　　2:20-2194

Guardian Life Insurance Company et al　　　　　DEFENDANT

### CLERK'S ORDER OF DISMISSAL

The Plaintiff has filed a Stipulation of Dismissal (document #32) pursuant to Rule 41 (a)(1)(A)(ii) Federal Rules of Civil Procedure.

IT IS ORDERED hereby dismissed with prejudice.

AT THE DIRECTION OF THE COURT
JAMIE GIANI, CLERK

*Jessica Michael*
By: /s/ Jessica Michael
Deputy Clerk